320

Janet Roland, Appellee, v. City of Chicago, Appellant.
Gen. No. 43,544.

opinion filed March 11, 1946; released for publication March 25, 1946. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal, Head of Appeal and Review Division, Henry Brandt, Herman Smith and Harry Markin, Assistant Corporation Counsel; Royal W. Irwin, for appellee; Clarence M. Dunagan, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.